441 A.2d 443

Commonwealth v. Rivera a/k/a Ortiz, Appellant.

Submitted December 5, 1980. Gary S. Fronheiser, for appellant; George C. Yatron, District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, DiSALLE and MONTEMURO, JJ.

The judgment of sentence by the Court below is hereby affirmed on the able opinion of the Honorable W. Richard Eshelman, President Judge, Court of Common Pleas, Berks County.